IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CRAIG B. WHITAKER,                          *

    Plaintiff,                              *

        v.                                  *          Civil Action No. DKC-23-262

DIRECTOR WALT PESTERFIELD,         *

    Defendant.                              *
                                             ***

**MEMORANDUM OPINION**

Director Walt Pesterfield filed a motion for summary judgment on March 11, 2024.  ECF No. 17.  The court issued Mr. Whitaker a Notice the same date advising him that he had twenty-eight days to respond to Director Pesterfield's motion.  ECF No. 18.  The Notice was mailed to Mr. Whitaker at the Baltimore County Detention Center ("BCDC"), which was the address he provided for mail to be sent in his initial papers.  *Id.*

The Notice was returned to the court as undeliverable on April 9, 2024, and the envelope was marked "RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD" and "RELEASED 2/15/24."  ECF No. 20.  To date, Mr. Whitaker has not responded to the Notice.

In addition, the court issued a scheduling order on October 25, 2023, directing the parties to file, by March 21, 2024, a status report.  ECF No. 16.  To date, Mr. Whitaker has not filed a status report or otherwise contacted the court in response to the Order.  On March 25, 2024, counsel for Director Pesterfield filed a status report noting that discovery was served on Mr. Whitaker on October 2, 2023, and he has not responded.  ECF No. 19.

Pursuant to local rules, self-represented parties have an affirmative duty to file with the Clerk a statement of their current address where case-related papers may be served.  *See* Loc. R.

102.1.b.iii (D. Md. 2023).  Mr. Whitaker was notified of this requirement in a case notification letter sent to him at the outset of this case.  ECF No. 3.  Mr. Whitaker's address has changed, and notice has not been received indicating where he may now be served.  Consequently, Director Pesterfield's motion for summary judgment will be denied without prejudice and this case will be dismissed without prejudice.  A separate order follows.

May 1, 2024                                    _____/s/_____
                                                        DEBORAH K. CHASANOW
                                                        United States District Judge